MR. JUSTICE HARRISON,
dissenting.
While I agree with much that is said by the majority in this opinion, the totality of this opinion in reversing so many cases this Court has previously decided, necessitates my filing this dissent.
I cannot concur with all that has been said in the dissent of Mr. *74 Justice John C. Sheehy, yet I find I must agree with Justice Sheehy regarding Corrigan v. Janney (Mont. 1981), [192 Mont. 99,] 626 P.2d 838, 38 St.Rep. 545. I feel that it is totally unnecessary to reverse Corrigan which established that when a cause of action is grounded on statute the plaintiff has a fundamental right to full legal redress under that statute.